1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. C06-80104 MISC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED GARNISHMENT ORDER** |
| PETER J. YOO, | |
| Defendant, | |
| and | |
| SANTA ROSA CARDIOLOGY MEDICAL GROUP, | |
| Garnishee. | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, PETER J. YOO, that garnishee, SANTA ROSA CARDIOLOGY MEDICAL GROUP, withhold $1,000.00 each month from Judgment Debtor's non-exempt disposable income, until the entire judgment balance of $103,414.00 as of August 29, 2007, plus interest at the rate of 7.375% per annum on principal of $64,990.70, commencing judgment entry date of August 26, 1999, until the entire judgment balance has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS HEREBY FURTHER STIPULATED that SANTA ROSA CARDIOLOGY MEDICAL GROUP, Garnishee, immediately remit to the United States Department of Justice the above

STIPULATED GARNISHMENT ORDER, US v. PETER J. YOO, CAND # C06-80104 MISC    1

1  mentioned payments.

2  IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
3  U.S. Department of Justice, and be mailed to the Department of Justice, Central Intake
4  Facility, P.O. Box 70932, Charlotte, NC, 28272-0932, referencing the judgment debtor's CDCS
5  Claim number 2006A71946 on each check for posting purposes.

6  By his signature hereafter, PETER J. YOO acknowledges that he has read,
7  understands and waives all of his rights under the CLERK'S NOTICE OF POST-JUDGMENT
8  GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM;
9  OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE
10 ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF
11 CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING
12 GARNISHMENT in exchange for the herein payment stipulation.

13 IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
14 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
15 judge of the United States District Court and consent to have a United States magistrate judge
16 conduct any and all further proceedings in the case, including trial, and order the entry of a final
17 judgment. It is understood that any appeal from a judgment entered by a magistrate judge will
18 be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner
19 as an appeal from any other judgment of a District Court.

20 Dated: February 5, 2008
   Michael Cosentino, Counsel for United States

22 Dated: 2/10/08
   PETER J. YOO, defendant

24 **IT IS SO ORDERED.**

26 Dated: 02/15/08
   UNITED STATES MAGISTRATE JUDGE
   Judge Joseph C. Spero

STIPULATED GARNISHMENT ORDER, US v. PETER J. YOO, CAND # C06-80104 MISC                 2